UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

BORUCH TEITELBAUM, on behalf of himself and all others similarly situated,

                            Plaintiff,

    -v.-

CREDIT PROTECTION ASSOCIATION, L.P., and John Does 1-25.

                            Defendants.

---------------------------------------------------------------------------x

Civil Action No:
1:20-cv-3321

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff, Boruch Teitelbaum, and Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** November 17, 2020

| **For Plaintiff Boruch Teitelbaum** | **For Defendant Credit Protection Association, L.P.** |
|---|---|
| */s/ Mark Rozenberg* <br> Mark Rozenberg, Esq. <br> Stein Saks, PLLC <br> 285 Passaic Street <br> Hackensack, NJ 07601 <br> 201-282-6500 <br> mrozenberg@steinsakslegal.com | */s/Ashley Newman* <br> Ashley Newman <br> Hinshaw & Culbertson, LLP <br> 800 Third Ave 13th Floor <br> New York, NY 10022 <br> 212-471-6202 <br> anewman@hinshawlaw.com |

The application is granted.
SO ORDERED.
s/ WFK
William F. Kuntz, II  U.S.D.J.
Dated: November 17, 2020

## **CERTIFICATE OF SERVICE**

I certify that on November 17, 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/ Mark Rozenberg*
> Mark Rozenberg, Esq.
> **Stein Saks, PLLC**
> 285 Passaic Street
> Hackensack, NJ 07601
> *Attorneys for Plaintiff*